IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM J. FILI, JR. | : | CIVIL ACTION |
| v. | : | |
| CAROLYN W. COLVIN,<br>Commissioner of the Social<br>Security Administration | :<br><br>: | <br><br>NO. 12-6113 |

### O R D E R

AND NOW, this 20th day of May, 2014, upon consideration of plaintiff's request for review and defendant's response and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, to which no objections were filed, it is ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The plaintiff's request for review is GRANTED;

3. The matter is remanded to the Commissioner for further review consistent with the Report and Recommendation.

      *s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR.,     J.